

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 16 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LATRON R. BELL,<br>   a.k.a. Fat, Fat Man,<br><br>   Defendant. | Case: 4:23-cr-20471<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 08-16-2023<br>SEALED MATTER (tt)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(k)<br>18 U.S.C. § 933(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about April 19, 2023, in the Eastern District of Michigan, LATRON R. BELL, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 29SF, 10mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about April 26, 2023, in the Eastern District of Michigan, LATRON R. BELL, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, Model Security 9, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
### POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER
### 18 U.S.C. § 922(k)

On or about April 26, 2023, in the Eastern District of Michigan, LATRON R. BELL knowingly possessed a firearm, that is, a Ruger, Model Security 9, 9mm caliber, semi-automatic pistol, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Section 922(k).

## COUNT FOUR
### ILLEGAL TRAFFICKING IN FIREARMS
### 18 U.S.C. § 933(a)(1)

On or about the April 26, 2023, in the Eastern District of Michigan, LATRON R. BELL knowingly shipped, transported, transferred, cause to be transported, or otherwise disposed of a firearm, that is, a Ruger, Model Security 9, 9mm caliber,

2

semi-automatic pistol, with an obliterated serial number, to Individual-1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Individual-1 would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One throught Four, LATRON R. BELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, a Glock, Model 29SF, 10mm caliber, semi-automatic pistol, serial number BXDM846, and a Ruger, Model Security 9, 9mm caliber, semi-automatic pistol, with an obliterated serial number.

3

**THIS IS A TRUE BILL.**

Dated: August 16, 2023                                  s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE                              s/BLAINE T. LONGSWORTH
ANTHONY P. VANCE                                 BLAINE T. LONGSWORTH
Assistant United States Attorney                 Assistant United States Attorney
Chief – Branch Offices                           600 Church Street
600 Church Street                                Flint, Michigan 48502-1280
Flint, Michigan 48502-1280                       Phone: (810) 766-5177
Phone: (810) 766-5177                            blaine.longsworth@usdoj.gov
anthony.vance@usdoj.gov                          P55984
P61148

4

| Companion Case information MUST be completed by | | Case: 4:23-cr-20471 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case ( | Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 08-16-2023<br>SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | Companion Case Number: 23-CR-20414 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: F. Kay Behm |
| ☑ Yes     ☐ No | AUSA's Initials: TV |

Case Title: USA v. LATRON R. BELL

County where offense occurred : GENESEE

Check One:     ☑ Felony          ☐ Misdemeanor          ☐ Petty

   X Indictment/_____Information --- no prior complaint.
   ___Indictment/_____Information --- based upon prior complaint [Case number: _____]
   ___Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

8/16/2023
_____
Date

*(signature)*

Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Anthony.Vance@usdoj.gov
P61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013