UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 23-20471 |
| | Civil Case No. 25-cv-10933 |
| Plaintiff, | |
| v. | F. Kay Behm |
| | United States District Judge |
| LATRON R. BELL, | |
| Defendant. | |
| _____ / | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order denying Defendant's Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF Nos. 42, 46), the corresponding civil action (Civil Case No. 25-cv-10933) is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: June 9, 2025

s/ F. Kay Behm
F. Kay Behm
United States District Judge